Becker v. State



COURT OF APPEALS

EIGHTH DISTRICT OF TEXAS

EL PASO, TEXAS



BLUEBERRY SALES, L.L.P.,


 Appellant,


v.


BARRY CALLEBAUT AG,


 Appellee.
§


 


§


 


§


 


§


 


§


 


 § 

No. 08-07-00239-CV



Appeal from the


327th District Court

of El Paso County, Texas


(TC# 2006-1437)




MEMORANDUM OPINION


 Pending before the Court is the joint motion of Appellant, Blueberry Sales, L.L.P., and
Appellee, Barry Callebaut, to dismiss this appeal pursuant to Tex. R. App. P. 42.1 because the parties
have settled all matters in controversy. We grant the motion and dismiss the appeal with prejudice. 
Pursuant to the parties' agreement, we assess costs against the party incurring same. See
Tex.R.App.P. 42.1(d)(absent agreement of the parties, the court will tax costs against the appellant).



 ANN CRAWFORD McCLURE, Justice


June 3, 2009


Before McClure, J., Ables, Judge, and Gomez, Judge

Ables, Judge, sitting by assignment

Gomez, Judge, sitting by assignment